**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
treyd@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZIONA**

| | |
|---|---|
| Steven Armagost;<br><br>                    Plaintiff,<br>vs.<br><br>Double Dip, LLC, an Arizona limited liability company, doing business as Scuttlebutts; Deborah Snow-Squadere and John Doe Squadere, husband and wife;<br><br>                    Defendants, | Case No. 2:16-cv-01669-BSB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

   Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal with prejudice of this action.


Dated:  July 20, 2016            Respectfully submitted,

                                 **PHILLIPS DAYES LAW FIRM PC**

                                 By  /s/Trey Dayes
                                     Trey Dayes
                                     Sean C. Davis
                                     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None

By: /s/Sean C. Davis